UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

NANCY DRAYTON,

       Plaintiff,                              Case No.1:04-cv-286

v.                                              Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed August 10, 2005, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that this matter is **REMANDED** for further factual findings pursuant to sentence six of 42 U.S.C. § 405(g) for the reason stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                       /s/Richard Alan Enslen
September 9, 2005                            Richard Alan Enslen
                                       Senior United States District Judge